IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Goodwin, Sandra L

Printed: 5/27/08

Case Number: 06 B 12023
Judge: Hollis, Pamela S
Filed: 9/23/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: May 19, 2008
Confirmed: November 13, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,614.00 |  |
| Secured: |  | 5,321.98 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,844.00 |
| Trustee Fee: |  | 448.02 |
| Other Funds: |  | 0.00 |
| Totals: | 8,614.00 | 8,614.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,844.00 | 2,844.00 |
| 2. | Peoples Choice Home Laon | Secured | 0.00 | 0.00 |
| 3. | Nuvell Credit Company LLC | Secured | 20,619.67 | 4,506.65 |
| 4. | Monterey Financial Services | Secured | 1,327.93 | 320.07 |
| 5. | Peoples Choice Home Laon | Secured | 2,500.00 | 495.26 |
| 6. | Sallie Mae | Unsecured | 168.75 | 0.00 |
| 7. | Capital One | Unsecured | 32.33 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 158.09 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 47.98 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 38.18 | 0.00 |
| 11. | Nuvell Credit Company LLC | Unsecured | 122.88 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 158.63 | 0.00 |
| 13. | Monterey Financial Services | Unsecured | 1.03 | 0.00 |
| 14. | Allied Interstate | Unsecured | | No Claim Filed |
| 15. | Allied Interstate | Unsecured | | No Claim Filed |
| 16. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 17. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 18. | Illinois Dept of Revenue | Unsecured | | No Claim Filed |
| 19. | LeLand Scott & Associates | Unsecured | | No Claim Filed |
| 20. | Nicor Gas | Unsecured | | No Claim Filed |
| 21. | Paradigm Acceptance Co | Unsecured | | No Claim Filed |
| 22. | LeLand Scott & Associates | Unsecured | | No Claim Filed |
| 23. | Sallie Mae | Unsecured | | No Claim Filed |
| 24. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 25. | Pellettieri & Associates | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Goodwin, Sandra L

Printed: 5/27/08

Case Number:  06 B 12023
Judge:  Hollis, Pamela S
Filed:  9/23/06

| 26. | The Bureau Inc | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| | | | _____ | _____ |
| | | | $ 28,019.47 | $ 8,165.98 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 136.98 |
| 5.4% | 311.04 |
| | _____ |
| | $ 448.02 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____